ADOLPH BAUMAN, Respondent, *v.* LIPPMAN TANNENBAUM,
Appellant.

*Baumann* v. *Tannenbaum*, 129 App. Div. 903, affirmed.
(Submitted February 18, 1910; decided March 4, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 15, 1908, affirming a judgment in favor of plain-
tiff entered upon a verdict in an action to recover commis-
sions alleged to have been earned by arranging for the
exchange of two parcels of real property.

*Franklin Bien* for appellant.

*Charles L. Hoffman* and *Henry A. Friedman* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

LEMUEL W. BAXTER, Respondent, *v.* YORK REALTY COMPANY,
Appellant.

*Baxter* v. *York Realty Co.*, 128 App. Div. 79, affirmed.
(Submitted February 18, 1910; decided March 4, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
October 13, 1908, affirming a judgment in favor of plaintiff
entered upon the report of a referee in an action to recover
damages from loss of lateral support arising from an excava-
tion made by defendant on its own land.

*George F. Alexander* and *Edward V. Farley* for appellant.

*Rufus L. Scott* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and HISCOCK, JJ.